***E-FILED - 1/30/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO DOMINGUEZ, | ) | No. C 08-5491 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| ARNOLD SCHWARZENEGGER, | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/30/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Dominguez491jud.wpd          1